FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 NOV -6  P 4:59

CLERK
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT LORENZO WILLIAMS,

    Plaintiff,

vs.

D. L. HOBBS; ROBERT McFADDEN;
J. DUNCAN; T. ELLIS; Dr. L. BURGOS;
Dr. CHIPPI; DIRECTOR of BUREAU OF
PRISONS; DIRECTOR of DEPARTMENT
OF JUSTICE; THE DEPARTMENT OF
JUSTICE, ALBERTO GONZALES,
Attorney General; and B. AREMU, PA,

    Defendants.

CIVIL ACTION NO.: CV206-104

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that the Magistrate Judge erred in concluding that Plaintiff did not state a cognizable claim for relief based on his contention that Defendants Burgos, Chippi, and Aremu should have tested him for colon cancer. Plaintiff avers that this claim is tied to his claim that these Defendants were deliberately indifferent to his serious medical needs pertaining his Hepatitis C.

Plaintiff's Objections are without merit. The Report and Recommendation is adopted as the opinion of the Court. Plaintiff's claims against Defendants Hobbs,

AO 72A
(Rev. 8/82)

McFadden, Duncan, Ellis, Gonzales, the Director of the Bureau of Prison, the Director of the Department of Justice, and the Department of Justice are **DISMISSED**. Plaintiff's claims that Defendants Burgos, Chippi, and Aremu were deliberately indifferent to Plaintiff's serious medical needs by failing to test him for colon cancer are **DISMISSED**. Plaintiff's claims that Defendants Burgos, Chippi, and Aremu were deliberately indifferent to Plaintiff's serious medical needs by failing to properly treating him for Hepatitis C remain pending.

**SO ORDERED**, this _____ day of _____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)