# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2007 AUG 13 A 10: 56
CLERK

ROBERT LORENZO WILLIAMS,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV206-104

Dr. L. BURGOS; Dr. CHIPPI,
and B. AREMU, PA,

    Defendants.

## ORDER

After an independent review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which "Objections" have been filed. In his Objections, Plaintiff notes he does not have any specific objection to the Report and Recommendation, but rather, it is unknown why his final administrative remedy appeal was not logged into the generalized retrieval system after he placed his appeal in the institution's outgoing mailbox.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Motion filed by Defendants Burgos, Chippi, and Aremu (Doc. No. 22) is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his available administrative remedies. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 13 day of August, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)